UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB'S JEWELRY CO. LTD.,<br><br>      Plaintiff,<br><br>    -v.-<br><br>TIFFANY AND COMPANY, TIFFANY AND COMPANY U.S. SALES, LLC, and TIFFANY (NJ) LLC,<br><br>      Defendants. | 20 Civ. 4291 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On November 17, 2020, Plaintiff Jacob's Jewelry Co. Ltd. filed a letter informing the Court of supplemental authority and presenting additional argument based on that authority in support of its opposition to Defendants' pending Motion to Dismiss. (Dkt. #37). On December 4, 2020, Defendants filed a Motion to Strike that letter as an improper sur-reply. (Dkt. #38-39). Defendants' motion also presented substantive argument in opposition to Plaintiff's arguments and in support of the Motion to Dismiss. (*See id.*).

  As both parties now have submitted improper supplemental argument, the Court will accept both submissions in the interest of parity. Accordingly, Defendants' Motion to Strike (Dkt. #38) is DENIED. The parties are admonished to omit argument from future notices of supplemental authority.

  SO ORDERED.

Dated: December 7, 2020
     New York, New York

                   */s/ Katherine Polk Failla*
                   KATHERINE POLK FAILLA
                   United States District Judge