UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACOB'S JEWELRY CO. LTD.,<br><br>**Plaintiff,**<br><br>v.<br><br>TIFFANY AND COMPANY; TIFFANY AND COMPANY U.S. SALES LLC; AND TIFFANY (NJ) LLC,<br><br>**Defendants.** | CASE NO. 1:20-cv-04291-KPF<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jacob's Jewelry Co. Ltd. ("Plaintiff") and Defendants Tiffany and Company, Tiffany and Company U.S. Sales LLC, and Tiffany (NJ) LLC ("Defendants") announced to the Court that they have resolved Plaintiff's claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief in this action are dismissed with prejudice. IT IS FURTHER ORDERED that each party is to bear its own attorneys' fees, costs and expenses.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated: March 7, 2022
       New York, New York

_Katherine Polk Failla_
United States District Court Judge

1